UNITED STATES of America,
Plaintiff–Appellee,

v.

Gabriel STEWART, Defendant–
Appellant.

No. 05–14716.
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 2, 2006.

Kristen Gartman Rogers, SAL–Federal Public Defender, Fred W. Tiemann, Carlos Alfredo Williams, Federal Defender Org., Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Latisha Colvin, appointed counsel for Gabriel Stewart in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stewart's revocation of supervised release and resulting sentence are **AFFIRMED**.